UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-21312-JB

VLADYSLAV IERMAKOV,

     Plaintiff,

v.

JOSEPH B. EDLOW, in his official
capacity as Director, United States
Citizenship and Immigration
Services, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal. ECF No. [12]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 9th day of June, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE